No. 00–7063. SPREITZER v. SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 00–7159. TROBAUGH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–7191. RAUCH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7245. ABDULLAH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–7449. HOWARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–7472. BROWN v. DELANEY, ACTING SECRETARY OF THE AIR FORCE, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00–7489. EVANS v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00–7807. REED v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7812. SHELTON v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7814. ROBINSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied. 

No. 00–7822. CHALMERS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. 

No. 00–7829. VEALE ET AL. v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied. 

No. 00–7830. LOZANO v. OHLRICH ET AL. Sup. Ct. Cal. Certiorari denied.

No. 00–7835. JASON ET AL. v. JAMES BYRD, JR., FOUNDATION FOR RACIAL HEALING. Ct. App. Tex., 9th Dist. Certiorari denied.